IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARCELLUS D. JONES,
(PLAINTIFF)

vs

JOHN WETZEL ET AL
(DEFENDANTS)

**4: CV 18-2352**

FILED
WILLIAMSPORT
DEC 07 2018
PER _____
DEPUTY CLERK

## INITIAL CIVIL COMPLAINT

## I. JURISDICTION & VENUE

1) THIS IS A CIVIL ACTION PURSUANT TO: 42 U.S.C §§ 1983 1985 & 1986 TO REDRESS THE DEPRIVATION UNDER COLOR OF STATE LAW RIGHTS SECURED BY THE CONSTITUTION OF THESE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C §§ 1331 & 1343 (a)(3) PLAINTIFF SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C §§ 2201 & 2202 PLAINTIFFS' CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C §§ 2283 & 2284 & FEDERAL RULES OF CIVIL PROCEDURE #65 THIS COURT ALSO HAS SUPPLEMENTAL JURISDICTION OVER PLAINTIFF'S STATE LAW CLAIMS UNDER 28 U.S.C § 1367

2) THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA IS THE APPROPRIATE VENUE UNDER 28 U.S.C 1391 (b)(2) BECAUSE IT IS WHERE EVENTS GIVEN RISE TO THIS COMPLAINT OCCURRED.

## II. PLAINTIFF

3) MARCELLUS A. "JONES" THE PLAINTIFF IS & WAS @ ALL TIMES MENTIONED HEREIN A PRISONER OF PENNSYLVANIA STATE IN THE CUSTODY OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS ("Pa D.O.C") MR. JONES IS CURRENTLY CONFINED IN THE STATE CORRECTIONAL INSTITUTION @ SMITHFIELD IN HUNTINGDON COUNTY PA

## III. DEFENDANTS

4) DEFENDANT/TORT FEASOR JOHN "WETZEL" IS & WAS @ ALL TIMES MENTIONED THE SECRETARY/HEAD OF THE Pa D.O.C HE IS LEGALLY RESPONSIBLE FOR THE OVERALL OPERATION OF THE DEPARTMENT & EACH INSTITUTION UNDER ITS JURISDICTION

5) DEFENDANT/TORTFEASOR SHIRLEY "SMEAL" IS & WAS @ ALL TIMES MENTIONED THE EXECUTIVE SECRETARY OF THE Pa D.O.C SHE IS LEGALLY RESPONSIBLE FOR THE SUPERVISION OF THE DEPARTMENT & EACH INSTITUTION UNDER ITS JURISDICTION

6) DEFENDANT/TORT FEASOR JOHN "MURRAY" IS & WAS @ ALL TIMES MENTIONED A REGIONAL DEPUTY SECRETARY FOR THE CENTRAL REGION HE IS LEGALLY RESPONSIBLE FOR THE SUPERVISION OF INSTITUTIONS LOCATED WITHIN THE CENTRAL AREA OF PENNSYLVANIA STATE

7) DEFENDANT/TORT FEASOR BRAD "NEWTON" IS & WAS @ ALL TIMES MENTIONED AN ASSISTANT REGIONAL SECRETARY FOR THE CENTRAL REGION OF THE Pa D.O.C HE IS LEGALLY RESPONSIBLE FOR SUPERVISING/OVERSEEING CORRECTIONAL INSTITUTIONS WITHIN THE Pa D.O.C'S CENTRAL REGION

8) DEFENDANT/TORT FEASOR MARK "GARMAN" IS & WAS @ ALL TIMES MENTIONED THE DEPUTY SUPERINTENDANT OF CENTRALIZED SERVICES @ S.C.I-HUNT HE IS LEGALLY RESPONSIBLE FOR DAILY OPERATION/OVERSIGHT OF SERVICES @ SCI-HUNT

9) DEFENDANT/TORT FEASOR HEATHER "HALDEMAN" IS & WAS @ ALL TIMES MENTIONED AN ASSISTANT REGIONAL SECRETARY FOR THE CENTRAL REGION o of THE Pa.D.O.C SHE IS LEGALLY RESPONSIBLE FOR SUPERVISING/OVERSEEING CORRECTIONAL INSTITUTIONS WITHIN THE Pa.D.O.C'S CENTRAL REGION

10) DEFENDANT/TORT FEASOR DORINA "VARNER" IS & WAS @ ALL TIMES MENTIONED A CHIEF GRIEVANCE OFFICER FOR THE Pa.D.O.C SHE IS LEGALLY RESPONSIBLE FOR THE RESOLUTION OF PRISONERS GRIEVANCES & COMPLAINTS WITHIN THE Pa.D.O.C

11) DEFENDANT/TORT FEASOR JoANNE "TORMA" IS & WAS @ ALL TIMES MENTIONED THE DIRECTOR OF THE OFFICE OF POPULATION MANAGEMENT SHE IS LEGALLY RESPONSIBLE FOR PRISONERS TRANSFERS FROM ONE (1) INSTITUTION TO ANOTHER WITHIN THE Pa.D.O.C

12) DEFENDANT/TORT FEASOR THEODORE "CARTER" IS & WAS @ ALL TIMES MENTIONED AN ASSISTANT WITHIN THE OFFICE OF POPULATION MANAGEMENT HE IS LEGALLY RESPONSIBLE FOR SUPERVISING/OVERSEEING PRISONERS TRANSFERS WITHIN THE Pa.D.O.C

13) DEFENDANT/TORT FEASOR TABB "BICKELL" IS & WAS @ ALL TIMES MENTIONED THE WARDEN SUPERINTENDANT OF S.C.I-HUNT HE IS RESPONSIBLE FOR THE OVERALL DAY-TO-DAY OPERATIONS/OVERSIGHT OF S.C.I-HUNT

14) DEFENDANT TORT FEASOR CHAD "WAKEFIELD" IS & WAS @ ALL TIMES MENTIONED A LEVEL-5 (FIVE) CORRECTIONS OFFICER @ S.C.I-HUNT

15) DEFENDANT/TORT FEASOR JAMES "ECHARD" IS & WAS @ ALL TIMES MENTIONED THE DEPUTY FACILITY MANAGER @ S.C.I-HUNT HE IS LEGALLY RESPONSIBLE FOR THE DAILY OVERSIGHT/SUPERVISION OF S.C.I-HUNT'S MANAGEMENT

16) DEFENDANT /TORT FEASOR SCOTT WALTERS (?) IS & WAS A LEVEL-5 (FIVE) CORRECTIONS OFFICER / MAJOR @ S·C·I-H @ THE TIMES MENTIONED HEREIN

17) DEFENDANT/TORT FEASOR KEVIN WALTERS IS & WAS A LEVEL-4 (FOUR) CORRECTIONS OFFICER / CAPTAIN @ S·C·I-H @ THE TIMES MENTIONED HEREIN

18) DEFENDANT /TORT FEASOR BRIAN HARRIS IS & WAS A LEVEL-4 (FOUR) CORRECTIONS OFFICER / CAPTAIN @ S·C·I-H @ THE TIMES MENTIONED HEREIN

19) DEFENDANT /TORT FEASOR EBY IS & WAS A LEVEL-4 (FOUR) CORRECTIONS OFFICER/ CAPTAIN @ S·C·I-H @ THE TIMES MENTIONED HEREIN

20) DEFENDANT /TORT FEASOR SMITH IS & WAS A LEVEL-4 (FOUR) CORRECTIONS OFFICER /CAPTAIN @ S·C·I-H @ THE TIMES MENTIONED HEREIN

21) DEFENDANT /TORT FEASOR STEVENS IS & WAS A LEVEL-4 (FOUR) CORRECTIONS OFFICER/CAPTAIN @ S·C·I-H @ THE TIMES MENTIONED HEREIN

22) DEFENDANT /TORT FEASOR ALTMAN SHAFER IS & WAS A LEVEL-4 (FOUR) CORRECTIONS OFFICER / CAPTAIN @ S·C·I-H @ THE TIMES MENTIONED HEREIN

23) DEFENDANT /TORT FEASOR WENDY HENRY IS & WAS A LEVEL-3 (THREE) CORRECTIONS OFFICER /LIEUTENANT @ S·C·I-H @ THE TIMES MENTIONED HENRY HEREIN

24) DEFENDANT /TORT FEASOR CHARLES MCCOY IS & WAS A LEVEL- 3 (THREE) CORRECTIONS OFFICER /LIEUTENANT @ S·C·I -H @ THE TIMES MENTIONED HEREIN

25) DEFENDANT /TORT FEASOR DUNKLE IS & WAS A LEVEL- 3 (THREE) CORRECTIONS OFFICER /LIEUTENANT @ S·C·I -H @ THE TIMES MENTIONED HEREIN

26) DEFENDANT /TORT FEASOR BURKOE (?) IS & WAS A LEVEL- 3 (THREE) CORRECTIONS OFFICER /LIEUTENANT @ S·C·I - H @ THE TIMES MENTIONED HEREIN

27) DEFENDANT /TORT FEASOR MAXWELL IS & WAS A LEVEL -3 (THREE) CORRECTIONS OFFICER /LIEUTENANT @ S·C·I -H @ THE TIMES MENTIONED HEREIN

28) DEFENDANT /TORT FEASOR A· TAYLOR IS & WAS A LEVEL -3 (THREE) CORRECTIONS OFFICER /LIEUTENANT @ S·C·I - H @ THE TIMES MENTIONED HEREIN

29) DEFENDANT /TORT FEASOR GILL IS & WAS A LEVEL- 3 (THREE) CORRECTIONS OFFICER /LIEUTENANT @ S·C·I - H @ THE TIMES MENTIONED HEREIN

30) DEFENDANT /TORT FEASOR AURAND IS & WAS A LEVEL- 2 (TWO) CORRECTIONS OFFICER /SERGEANT @ S·C·I - H @ THE TIMES MENTIONED HEREIN

31) DEFENDANT /TORT FEASOR MIREBELLA IS & WAS A LEVEL - 2(TWO) CORRECTIONS OFFICER/ SERGEANT @ S°C°I -H @ THE TIMES MENTIONED HEREIN

32) DEFENDANT /TORT FEASOR GROVE IS & WAS A LEVEL - 2(TWO) CORRECTIONS OFFICER / SERGEANT @ S°C°I - H @ THE TIMES MENTIONED HEREIN

33) DEFENDANT /TORT FEASOR SIPPLE (?) IS & WAS A LEVEL - 2(TWO) CORRECTIONS OFFICER /SERGEANT @ S°C°I -H @ THE TIMES MENTIONED HEREIN

34) DEFENDANT /TORT FEASOR EBERLING IS & WAS A LEVEL - 2(TWO) CORRECTIONS OFFICER/SERGEANT @ S°C°I -H @ THE TIMES MENTIONED HEREIN

35) DEFENDANT /TORT FEASOR IAN REDFERN IS & WAS A LEVEL - 1 (ONE) CORRECTIONS OFFICER @ S°C°I -H @ THE TIMES MENTIONED HEREIN

36) DEFENDANT /TORT FEASOR KENNETH BOAL IS & WAS A LEVEL - 1 (ONE) CORRECTIONS OFFICER @ S°C°I -H @ THE TIMES MENTIONED HEREIN

37) DEFENDANT /TORT FEASOR REX WERTZ IS & WAS A LEVEL - 1 (ONE) CORRECTIONS OFFICER @ S°C°I -H @ THE TIMES MENTIONED HEREIN

38) DEFENDANT /TORT FEASOR NOAH GROVE IS & WAS A LEVEL - 1 (ONE) CORRECTIONS OFFICER @ S°C°I - H @ THE TIMES MENTIONED HEREIN

39) DEFENDANT / TORT FEASOR MALUK IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER @ S°C°1-H @ THE TIMES MENTIONED HEREIN

40) DEFENDANT / TORT FEASOR VEROSKY (?) IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER @ S°C°1-H @ THE TIMES MENTIONED HEREIN

41) DEFENDANT / TORT FEASOR JASON TYLE IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER @ S°C°1-H @ THE TIMES MENTIONED HEREIN

42) DEFENDANT / TORT FEASOR ROBERT BOOKHEIMER IS & WAS A LEVEL-1 CORRECTIONS OFFICER @ S°C°1-H @ THE TIMES MENTIONED HEREIN

43) DEFENDANT / TORT FEASOR JAMES BROTHER IS & WAS A LEVEL-1 (ONE) CORRECTION OFFICER @ S°C°1-H @ THE TIMES MENTIONED HEREIN

44) DEFENDANT / TORT FEASOR MURTIFF IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER @ S°C°1-H @ THE TIMES MENTIONED HEREIN

45) DEFENDANT / TORT FEASOR FLECK IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER @ S°C°1-H @ THE TIMES MENTIONED HEREIN

46) DEFENDANT / TORT FEASOR ROBERT KOVACH IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER @ S°C°1-H @ THE TIMES MENTIONED HEREIN

47) DEFENDANT / TORT FEASOR WOODWARD (?) IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER @ S°C°1-H @ THE TIMES MENTIONED HEREIN

48) DEFENDANT /TORT-FEASOR SMITH IS & WAS A LEVEL- 1 (ONE) CORRECTIONS OFFICER @ S.C.I-H @ THE TIMES MENTIONED HEREIN

49) DEFENDANT TORT-FEASOR KYLE IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER @ S.C.I-H @ THE TIMES MENTIONED HEREIN

50) DEFENDANT /TORT FEASOR JANE DOE IS & WAS A LEVEL - O (2420) CORRECTIONS OFFICER TRAINEE @ S.C.I-H @ THE TIMES MENTIONED HEREIN

51) DEFENDANT /TORT FEASOR JAMES BARNACLE IS & WAS THE DIRECTOR OF THE Pa D.O.C DEPARTMENT OF SPECIAL INTERNAL INVESTIGATIONS O.S.I.I. @ THE TIMES MENTIONED HEREIN

52) DEFENDANT /TORT FEASOR JON DOE IS & WAS AN ASSISTANT TO THE DEPUTY REGIONAL SECRETARY WITHIN THE Pa D.O.C @ THE TIMES MENTIONED HEREIN

53) DEFENDANT /TORT FEASOR EDWARD MORRISON IS & WAS A LEVEL- 3 (THREE) CORRECTIONS OFFICER / LIEUTENANT @ S.C.I-H @ THE TIMES MENTIONED HEREIN

54) EACH DEFENDANT /TORT FEASOR IS BEING SUED INDIVIDUALLY & IN HIS OR HER OFFICIAL CAPACITY @ ALL TIMES MENTIONED IN THIS @ ALL TIMES RELEVANT HEREIN EACH DEFENDANT /TORT FEASOR ACTED UNDER COLOR OF LAW

## IV. COMPLAINT

55)      MARCELLUS d. "JONES" THE PLAINTIFF HEREBY COMPLAINS AGAINST DEFENDANTS/TORT-FEASORS CAPTIONED ABOVE

✳  ✳  ✳  ✳   N O T I C E   ✳  ✳  ✳  ✳

56)    ALL DEFENDANTS/TORT FEASORS MENTIONED FOREGOINGLY — PARAGRAPHS # 4 — 53   MEET ANY & ALL SET CRITERIA & DEFINITIONS of "TORT FEASORS" "LOCAL AGENCIES", / "STATE OFFICIALS".   IN ACCORDANCE WITH THE PENNSYLVANIA POLITICAL SUBDIVISION TORT CLAIMS ACT  42 Pa. C.S.A. § 8501. ET. SEG.   MOREOVER THE DEFENDANTS/TORT FEASORS ARE ALSO LIABLE UNDER PENNSYLVANIA RULES OF CIVIL PROCEDURE #1007

57)     MR. JONES AVERS THAT CLAIMS of "WILLFUL MISCONDUCT". PURSUANT TO 42 Pa C.S.A § § 8521 & 8550   ARE BEING FILED AGAINST EACH DEFENDANT/TORT FEASOR IN THEIR "INDIVIDUAL CAPACITIES" THRU-OUT THE COMPLAINT AS A RESULT NONE OF THE DEFENDANTS/TORT FEASORS ARE ELIGIBLE TO RECEIVE ANY IMMUNITIES UNDER THE PENNSYLVANIA POLITICAL SUBDIVISION TORT CLAIMS ACT   BECAUSE MR. JONES ASSERTS IN HIS COMPLAINT THAT EACH TORT FEASOR WAS MOTIVATED BY MALICE & WILLFUL MISCONDUCT & THAT EACH TORT FEASOR'S ACTION — EXPLAINED IN VIVID DETAIL BELOW — WAS TAKEN IN ORDER TO BRING ABOUT THE RESULTS &/OR INJURIES DESIRED BY THESE TORT FEASORS (INTENTIONAL TORT) & (CONVERSION TORTS) THAT FOLLOWED.

58)   IT IS MR. JONES' ASSERTION THAT DURING THE INCIDENTS IN WHICH THE TORT FEASORS COMMITTED <u>WILLFUL MISCONDUCT</u> AGAINST HIM EACH TORT FEASOR WAS ACTING <u>OUTSIDE OF THE OFFICE OR DUTIES OF THE EMPLOYER</u> WHILE PURPORTING TO BE ACTING UNDER COLOR OF LAW & DEPARTMENT OF CORRECTIONS POLICIES THEREFORE ANY LEGAL ASSISTANCE PROVIDED TO THESE TORT FEASORS BY THEIR RESPECTIVE EMPLOYING AGENCIES IS A STATUTORY VIOLATION UNDER THE <u>PENNSYLVANIA POLITICAL SUBDIVISION TORT CLAIMS ACT @ 4 2 Pa C.S.A § 8547 LEGAL ASSISTANCE</u> & MAY GIVE RISE TO FUTURE CLAIMS PUNISHABLE BY LAW.

✳ ✳ ✳ ✳   JUDICIAL NOTICE (EQUITABLE TOLLING) ✳✳

59)   BECAUSE OF MR. JONES' CONTINUED <u>SUFFERAGE UNDER CAMPAIGNS OF</u> <u>FRUSTRATION \ RETALIATION\ DISSUASION \ TERROR\ HARASSMENT</u> IN THE PROCESS OF HIM TRYING TO BRING HIS COMPLAINT BEFORE THE COURT

60)   MR. JONES NOW ASKS THE COURT TO APPLY THE PRINCIPLES OF EQUITABLE TOLLING TO HIS CLAIMS IN THIS LAWSUIT SINCE THE FACTS RAISED HEREIN WERE / HAD BEFORE THE COURT IN THREE(3) FILINGS @: CIVIL ACTION # 4:18 - CV - 1400 & C 2015 - CV - 0130 .


<u>V.</u> BACKGROUND / RELEVANT FACTS

61)   ON THESE DATES: FEB 10 2013  FEB 26 2013  MAR. 3 2013  MAR 4 2013  MAY 9 & 14 2013  JUNE 6 & 12 2013  OCT. 25 2013  NOV 15 2013  JAN 21 2014 SEE ALSO STATE HABEAS CORPUS PETITION # 19-970  MR. JONES FILED ALL OF THE FOREGOING NOTIFICATIONS TO DEFENDANT / TORT FEASOR WETZEL LETTING HIM KNOW THAT THE S.C.I - H STAFF WERE NOT ONLY

HELL-BENT/RETALIATION PRONE BUT THEY WERE TORTURING ABUSING TERRORIZING MR. JONES TO STOP HIM FROM PURSUING LEGAL ACTIONS THEM. HOWEVER AFTER MR. JONES FILED & FULLY EXHAUSTED OVER 50 (FIFTY) INTERNAL PaDOC GRIEVANCES & SENT NUMEROUS LETTERS OF COMPLAINT ALONG WITH 2 (TWO) LAWSUITS - # 3 12 CV 0457 & 4:13-CV-1400 - & HABERS CORPUS PETITION # 19-970 HOWEVER NONE OF THESE REPORTS/NOTICES/COMPLAINTS/GRIEVANCES WERE RESOLVED NOR ACTED UPON BY WETZEL.

※ ※ ※ ※                                                              ※ ※ ※

JUDICIAL NOTICE (REGULAR RECORDINGS)

62) PURSUANT TO PaDOC POLICY # 6.3.1 IT IS MANDATORY THAT DEFENDANT/TORT FEASORS' WETZEL BARNACLE, SMEAL, BICKELL, HALDEMAN, WODROWICZ, MURRAY, NEWTON, VARNER, ECKERD, GARMAN WAKEFIELD & WALTERS REVIEW ALL CAMCORDER/AUDIO-VIDEO FOOTAGE.

63) MR. JONES WAS SUBJECTED TO OVER 30 (THIRTY) INCIDENTS THAT REQUIRED CAMCORDER/AUDIO-VIDEO FOOTAGE TO BE USED & THESE DIGITALLY DOWNLOADED & ELECTRONICALLY STORED VIDEOS/DVD'S WERE SENT DIRECTLY TO THE FOREGOING ADMINISTRATORS SUPPLYING THESE DEFENDANTS/TORT FEASORS WITH ACTUAL NOTICE OF THE ABUSE RETALIATION & TORTUROUS CONDITIONS THAT MR. JONES WAS BEING HOUSED UNDER.

64) WHETHER VIA VIDEO FOOTAGE COURT FILINGS INTERNAL PaDOC COMPLAINTS LETTERS OF NOTIFICATION MR. JONES HAS PROVED THE COURT WITH AMPLE PROOF/EVIDENCE THAT DEFENDANTS/TORT FEASORS' WETZEL BARNACLE SMEAL VARNER BICKELL HALDEMAN MURRAY TORMA CARTER NEWTON ECHERD GARMAN WAKEFIELD & WALTERS WERE EXTREMELY/GROSSLY NEGLIGENT & MALICIOUSLY DELIBERATE INDIFFERENT

TO THE REPEATED ATTACKS ABUSIVE TORTUROUS TREATMENT MR. JONES ENDURED @ S°C° I-H.

## VI. # 1 CAUSE OF ACTION S°C° I-H

65) AFTER MR. JONES' REPEATED NOTIFICATION FILINGS & CIVIL LAWSUIT #3:12 CV 0487 DEFENDANT/TORT FEASORS: WETZEL; SMEAL; MURRAY; TORMA; BICKELL; HOLLIBAUGH; NEWTON; VARNER; GARMAN; ECKARD; WHITEFIELD & WALTERS ENTERED INTO AGREEMENT THAT MR. JONES BE SENT BACK TO S°C I-H ON JAN. 7 2013 AS A DIRECT RESULT THE DEFENDANTS & THEIR FRIENDS /CO-WORKER' HAD UNFETTERED /FREE REIGN TO RETALIATE AGAINST MR. JONES WHEN HE WAS PLACED DIRECTLY IN THEIR CARE. THE DEFENDANTS IN CIVIL ACTION #3:12CV0487 WAS A. TAYLOR @ MAINELLO.

66) DUE TO MR. JONES' REPEATED /CONSISTENT REPORTS NOTIFICATIONS OF ABUSE DEFENDANTS/TORT FEASORS: WETZEL, SMEAL, VARNER, BARNACLE, MURRAY, NEWTON, BICKELL, HOLLIBAUGH, TORMA, GARMAN, WHITEFIELD, ECKARD & WALTERS HAD A DUTY AS WELL AS AMPLE OPPORTUNITIES TO APPLY THEIR OWN INTERNAL PROCEDURES WHICH STATE IN RELEVANT PART " AFTER ANY SIGNIFICANT INCIDENT OCCURS BETWEEN A PRISONER & PRISON STAFF AN IMMEDIATE OPERATIONAL TRANSFER SHALL BE ORDERED TO PREVENT ANY RETALIATORY ABUSE &/OR FUTURE CONFLICTS".

67) EVEN THOUGH THE FOREGOING POLICY/ RULES/ RESOLUTION/ PROCEDURE WAS IN PLACE THAN-OUT MR. JONES' ENTIRE ORDEAL OF TORTUROUS CONFINEMENT @ S°C° I-H NONE OF THE ABOVE NAMED/MENTIONED DEFENDANTS, KILLED IN ACCORDANCE WITH THE ABOVE MANDATES ALL OF THE DEFENDANTS/TORT FEASORS MENTIONED FOREGOINGLY REVIEWED / INSPECTED / EXAMINED / SCRUTINIZED.

68)  MR. JONES' Pa.D.O.C PRISON RECORDS/FILES PP WHICH SAID PRISON FILES ARE &/OR WERE OVER FLOWING WITH COMPLAINTS /REPORTS NOTICES OF ABUSE /GRIEVANCES AGAINST THE DEFENDANTS TO CIVIL ACTION # 312 CV 0487. YET, EVEN THOUGH MR. JONES' Pa.D.O.C PRISON FILES WAS SCREENED THOROUGHLY BY THE ABOVE NAMED DEFENDANTS /OR7 fEnSORS THESE Pa.D.O.C & S.C.I-II ADMINISTRATORS HAD MR. JONES CONFINED/TRANSFE-RED INTO THE CLUTCHES OF CIVIL DEFENDANTS WHO IMMEDIATELY ENGAGED CAMPAIGNS OF RETALIATION & ABUSE AGAINST MR. JONES

69)  WITH PRIOR ACTUAL NOTICE & FOREWARNINGS FROM MR. JONES TELLING THEM THAT FUTURE ABUSES/DANGER WAS IMMINENT /THREATENING THE AVERAGE PROFESSIONAL IN THE CORRECTIONS FIELD WOULD HAVE EASILY /INTENTIONALLY NOTICED \ RECOGNIZED THE POTENTIAL FOR RETALIATORY ABUSES TO OCCUR  HOWEVER INSTEAD OF TAKING PREVENTIVE MEASURES TO "AVOID FUTURE CONFLICTS" LIKE THE ABOVE MENTIONED Pa.D.O.C POLICY SAYS  WETZEL ET. AL. EMPLOYED AN ARBITRARY &/OR DE FACTO CUSTOM & PRACTICE AGAINST MR. JONES WHERE THESE SO-CALLED SUPERVISORS COVERED-UP /COVERED FOR/ STONEWALLED & INDIFFERENTLY IGNORED MR. JONES' GRIEVANCES /COMPLAINT NOTICES TO THEM SEE FILINGS @ 3:15-CV-0130 °

70)  MR. JONES BETWEEN FEB - MAY 2013 SENT OVER 5 (FIVE) LETTERS OF COMPLAINT TO° WETZEL, SMEAL, MURRAY, NEWTON VARNER/ TORMA & CARTER  MR. JONES ALSO FILED OVER 30 (THIRTY) Pa.D.O.C FORMAL INTERNAL GRIEVANCES TO° VARNER BICKELL & MR. JONES FILED OVER 30 (THIRTY) Pa.D.O.C INTERNAL REQUEST FORMS TO S.C.I-II ADMIN° BICKELL, ECKERD, GARMIN, HILDEMAN, WAKEFIELD WALTERS, K.WALTERS, HARRIS, ERY, ALTMINSHOFER, SMITH & STEVENS

71)  MR. JONES SENT VARIOUS/MULTIPLE FORMAL Pa.D.O.C GRIEVANCES REQUEST-TO-STAFF FORMS & LETTERS ESTABLISHING ACTUAL NOTICE

TO EACH OF THESE ADMIN. DEFENDANTS YET NONE OF THEM DID ANYTHING TO STOP THE ABUSES MR. JONES WAS SUFFERING

※ ※ ※ JUDICIAL NOTICE ※ ※ ※

72) ON FEB 5, 2013 MR. JONES GAVE THESE ADMIN. DEFENDANTS FURTHER ACTUAL NOTICE BY TESTIFYING AT A DEPOSITION RELATED TO 3:01:3-CV-0487 IN WHICH HE TOLD Pa D.O.C ASST CNSL JEFFERY PALADINE UNDER OATH THAT THE DEFENDANTS TO CIVIL ACTION #3:12-CV-0487 WERE RETALIATING & THREATENING MR. JONES WITH RETALIATION FOR HIM FILING A LAWSUIT  NOTHING WAS DONE TO STOP THESE ABUSES

1 CAUSE OF ACTION — S.C.I - HUNT

73) ON JAN. 9 2013 AFTER MR. JONES TRANSFERED FROM S.C.I- CAMP -HILL TO S.C.I-H (ON JAN.7 2013) DEFENDANTS BOAL WERTZ MURTIFF & MAINELLO WHERE ISSUING/PASSING OUT ROLLS OF TOILET PAPER TO PRISONERS ON JAN. 9, 2013 WHEN MURTIFF STARTED THROWING ROLLES OF TOILET PAPER @ MR. JONES' CELL AS HE STATED " WIPE UP YOURSELF YOU BLACK PIECE OF SHIT SNITCH " BOAL THEN ENCOURAGED MURTIFF STATING " THAT'S A GOOD JOB MURTIFF THANX FOR SHOWING THAT NIGGER WE DON'T LET 'EM GET AWAY WITH FILING LAWSUITS AGAINST US" MAINELLO & WERTZ BOTH SAID " YEAH, THAT'S A GOOD JOB TEACH THAT NIGGER NOT TO FILE LAWSUITS AGANST US "

74) ON JAN. 11, 2013 AS APPROXIMATELY 8 (EIGHT)-10 (TEN) CORRECTIONS OFFICERS WERE DOING CELL SEARCHES OF EVERY CELL ON GA-BLOCK A PUDDLE OF URINE WAS ON THE FLOOR IN FRONT OF THE CELL ADJACENT TO MR. JONES' C.O. FLECK AFTER MULTIPLE NOTICES/ WARNINGS FROM HIS CO-WORKERS & MR. JONES FLECK INTENTIONALLY \DELIBERATELY IGNORED EVERYONE'S WARNINGS & STEPPED INTO

THE CLEARLY OBVIOUS PUDDLE OF URINE IN FRONT OF GA 1011 CELL-MR. JONES WAS CONFINED IN GA 1012 CELL

75) AFTER FLECK REPEATEDLY/CONTINUOUSLY TRAINED/WALKED THRU THE URINE PUDDLE HE THEN APPROACHED MR. JONES' CELL TO DO A SEARCH OF MR. JONES' CELL - MIND YOU MR. JONES ONLY GOT BACK TO S.C.I-H ON JAN. 7 2013 A MERE 4 (FOUR) DAYS PRIOR & HE HAD NOTHING OF SIGNIFICANCE IN HIS CELL TO SEARCH.

76) BEFORE FLECK ENTERED MR. JONES' CELL MR. JONES ASKED THE FIRST SHIFT SUPERVISING LT. DUNKLE TO ASSIGN SOMEONE TO SEARCH THE CELL BECAUSE FLECK HAD URINE ON HIS BOOTS DUNKLE THEN SAID " WELCOME BACK SMITH! WE DIDN'T FORGET ALL THOSE COMPLAINTS & SNITCH PAPERWORK YOU FILED LAST-TIME YOU WERE HERE. IT'S PAYBACK."

77) FLECK THEN ENTERED MR. JONES' CELL & TRACKED URINE BOOTPRINTS IN THE CELL & FLECK SMEARED ON MR. JONES' BLANKET MATTRESS & SHEETS UNDER THE GUISE OF SEARCHING MR. JONES' CELL. FLECK TOLD MR. JONES "THIS IS HOW WE TREAT RAT FINKS @ S.C.I- H"

# VII: COUNT 2 (FEB. 2013)

78) ON FEB. 12, 2013 MR. JONES WAS ASSIGNED TO ATTEND THE LAW LIBRARY - A PRISONER BY THE NAME OF ENRIQUE MOBLEY OR MOSLEY WAS ALREADY IN THE LAW LIBRARY - MR. JONES WAS BEING ESCORTED THE LAW LIBRARY BY C.O.'S BUCHANAN & MANDELLO - A DEFENDANT CIVIL ACTION # 3:12-CV-0457 BUCHANAN & MANDELLO MADE REPEATED THREATS AGAINST MR. JONES UNDER THE GUISE OF AN "ESCORT" STATING MANDELLO - " NOW YOU PIECE OF JUNK SMITCH WE'RE GONNA MAKE YOU PAY FOR FILING THAT LAW SUIT AGAINST US " & BUCHANAN " YOU'RE GONNA LEARN NOT TO BE TRIFLE-TELL &TO STOP FILING GRIEVANCES ON US "

79) AFTER MR. JONES WAS IN PAINTAKING IN THE LAW LIBRARY FIXED C.O'S DEFK MANDELLO & BUCHANAN ENTERED MR. JONES' CELL & THREW MR. JONES' PROPERTY - PERSONAL & LEGAL ITEMS - AWAY.

* * * JUDICIAL NOTICE * * *

80) ON FEB. 26, 2013 MR. JONES NOTIFIED PA. D.O.C. ASS. CNSL. JEFFREY PALLADINA THAT HE FEARED FOR HIS LIFE DUE TO THE DEFENDANTS TO CASE # 3:12-CV-0487 -RE: MINNELLO & TAYLOR - ACTS OF ABUSE & THREATS TO HIM. MR. JONES SUPPLIED PALLADINA WITH NOTICES OF ABUSE/RETALIATION ON 2(TWO) OCCASIONS ONCE @ HIS FIRST SCHEDULED DEPOSITION ON FEB. 5, 2013 & THEN AGAIN @ THE DEPOSITION OF FEB. 26, 2013.

81) NOTHING WAS DONE TO STOP THE RETALIATORY ABUSES MR. JONES WAS SUFFERING.

VIII. COUNT - 3 (MAR. 2013)

82) ON MAR. 3, 2013 AS MR. JONES WAITED TO BE GIVEN A TRAY @ THE MORNING MEAL TIME MINNELLO REFUSED TO GIVE MR. JONES A TRAY WITH FOOD ON IT STATING " YOU DIDN'T THINK I'D FIND OUT ABOUT YOUR VIDEO CONFERENCE (DEPOSITION) THE OTHER DAY MEYERS TOLD US ALL ABOUT YOU SNITCHING US OUT JUST FOR THAT YOU DON'T EAT ".

83) MR. JONES THEN REQUESTED TO SPEAK TO A LT. LT. TAYLOR CAME TO MR. JONES' CELL & INSTEAD OF ISSUING MR. JONES HIS MEAL TAYLOR MADE THE RETALIATORY THREAT OF " NONE OF CARE IF YOU GET ANYTHING TO EAT OR NOT NIGGER ALL YOU'LL GET FOR COMPLAINING ON MY MY WATCH IS A BLAST OF O.C. SPRAY " MR. JONES THEN TRIED TO HAVE A CAPTAIN/SHIFT COMMANDER NOTIFIED & WAS SPRAYED WITH O.C. SPRAY FOR COMPLAINING.

84) ON MAR. 12, 2013 LT. HENRY C.O.'S SMITH KYLE & MONTGOMERY & NURSE STEVENS HAD MR. JONES BLASTED & DRENCHED IN O.C. SPRAY AS MR. JONES SAT IN HIS CELL HE BEGAN TO HAVE ASTHMA/BREATHING TROUBLES MR. JONES THEN TOLD MONTGOMERY OF HIS DISTRESS AS MONTGOMERY MADE ROUNDS.

85)     APPROXIMATELY 20-30 MINUTES LATER MONTGOMERY RETURNED
TO MR' JONES' CELL WITH NURSE STEVENS THEN MR' JONES TOLD STEVENS
ABOUT HIS BREATHING/ASTHMA PROBLEMS STEVENS THEN TOLD MR' JONES
THAT HE WOULD BE PUT UNDER PSYCHIATRIC OBSERVATION IN A'P'O'C
CELL BECAUSE " WE DON'T LIKE NO BABY NIGGERS THAT TELL ON OUR
FRIENDS HERE ".

86)     Lt HERZL H THEN CAME TO MR' JONES' CELL & SAID " WE CAN'T
WAIT TO KILL YOU ORANGE for Filing THAT LAWSUIT AGAINST MY
BUDDY TAYLOR" MR' JONES MADE A FUTILE EFFORT TO HAVE A
CAPTAIN/SHIFT COMMANDER notified THAT HE WAS NOT SUICIDAL &
THERE WAS NO NEED TO HAVE HIM PLACED IN A PSYCHIATRIC
OBSERVATION CELL   SMITH WHO WAS THE CAPTAIN/SHIFT COMMANDER
REFUSED TO ADDRESS MR' JONES' PROBLEM & ORDERED THAT MR' JONES
BE SPRAYED   HANSBY, SMITH & KULP THEN SPRAYED MR' JONES
OVER 4 (four) TIMES WITH O'C SPRAY.

## IX. COUNT-4 (APR. 2013)

87)     ON APR. 9 2013 MR' JONES WAS DENIED HIS AFTERNOON
BY CO'S MANSELLO & Buchanan WHO WERE ASSIGNED TO GIVE
        OUT AFTERNOON MEALS ON THIS DATE MR' JONES THEN ASKED
TO SPEAK TO A SUPERVISOR  & Lt. HUBER CAME TO MR' JONES' CELL
& SAID " NO @ SCI-H WILL HELP YOU WE STICK TOGETHER HERE"
        LATER THAT SAME DAY DURING THE EVENING MEAL C.O'S RIKERS
& BUTLER DENIED MR' JONES HIS MEAL TRAY

88)     ON APR' 16-2013 C.O'S HERTZ & REOFERN DENIED MR' JONES
HIS AFTERNOON MEAL TRAY & WHEN MR' JONES ASKED TO SPEAK
TO A SUPERVISOR SGT' SWABLE CAME TO MR' JONES' CELL & SAID
" DON'T CRY TO ME CAUSE I'M THE ONE WHO TOLD 'EM TO BURN YOU "

89)   MR. JONES THEN ASKED TO SPEAK TO A CPT. / SHIFT Commander
LT. McCOY THEN ARRIVED @ MR. JONES CELL & TOLD HIM " YOU STILL
HAVEN'T LEARNED THE MORE YOU KEEP COMPLAINING THE WORSE WE'LL
TREAT YOU"

        ON FEB. 17 2013   MR. JONES WAS REFUSED HIS MEAL & EXISTING
MEALS OF   BOAL GROVE   MALORY & ROCKWELL

## X.   COUNT - 5 (MAY 2013)

90)   ON MAY 7, 2013  MR. JONES WAS <u>SLAMMED TO THE GROUND
REPEATEDLY KICKED & TASERED</u> BY C.O'S JONES WERTZ BOAL
MALORY IMMANELLO GROVE. BUCHANAN & ROCKWELL AS THEY WERE ORDERED
TO DO SO BY Lt. MALORY   WHILE SGT. SUPPER CLOSSING & KONDS
STOOD BY & WATCHED

91)   ON MAY 12, 2013   C.O'S MALORY 2ND [read] 3YLR BACKLEY 3YLR
BOAL CLOSSING WERTZ JONES & BUCHANAN <u>UNDER THE GUISE OF CONDUCT
-ING SHOWERS</u> — WHILE IN SHOWER STALLS NOT WEARING AZ SHIRTS CELL-
THESE DEFENDANTS MENTIONED <u>CONTINUOSLY / REPEATEDLY KICKED BANGED
THREATENED YELLED RACIST SLURS & OBSCENITIES</u> @ MR. JONES
WHILE HE WAS IN HIS CELL

92)   ON MAY 14, 2013  C.O'S ROCKWELL, MALORY, 3YLR, BACKLEY 3YLR, BOAL,
BUCHANAN JONES, WERTZ, GROVE, & BUCHANAN CANE BE SEEN ON
<u>CCTV FOOTAGE</u> ILLEGALLY LEFT WERE ORDINED @ MR. JONES CELL

93) ON MAY 15, 2013 AFTER MR. JONES' <u>REPEATED</u> COMPLAINTS & INTERNAL GRIEVANCES C·O'S JONES BUCHANAN & PYLE & MALLERY CAN BE SEEN ON <u>C·C·TV FOOTAGE</u> KICKING A TRASH CAN INTO MR. JONES' CELL AS JONES SAID "YOU & YOUR GRIEVANCES ARE TRASH SO WELL TREATING YOU AS SUCH"

\* \* \* JUDICIAL NOTICE \* \* \*

94)    MR. JONES SUBMITTED NUMEROUS COMPLAINTS/REQUEST FORMS TO S·C·I-H SUPERINTENDENT BICKELL SPECIFICALLY IN A COMPLAINT/REQUEST FILED BY MR. JONES ON MAY 13, 2013 WHICH BICKELL ANSWERED ON MAY 16, 2013 <u>SEE</u> EXHIBIT        THIS SPECIFIC REQUEST \COMPLAINT SUPPLIED BICKELL WITH <u>ACTUAL NOTICE</u> THAT MR. JONES WAS IN DANGER & THAT AN ASSAULT BY S·C·I-H STAFF WAS <u>IMMINENT</u> BICKELL DID NOTHING IN RESPONSE TO MR. JONES' COMPLAINTS &

95)    ON MAY 18 2013 MR. JONES WAS <u>AMBUSHED\SET-UP</u> BY SGT·SUPPLE BROOKHEIMER & PYLE WHEN THESE DEFENDANTS ORDERED MR. JONES TO ATTEND AN <u>UNSCHEDULED/UNSEEMLY/UNSOLICITED/</u> <u>UNSCRUPULOUS</u> LAW LIBRARY "ESCORT"

96)    AFTER MR. JONES' <u>LEFTHAND-ONLY-WAS CUFFED</u> BROOKHEIMER & PYLE WITH AUTHORIZATION FROM SUPPLE (?) <u>OPENED THE SECURITY</u> <u>LEVEL 20 (TWENTY) CELL</u> THAT MR. JONES WAS HOUSED IN UNDER THE GUISE OF AN ESCORT BROOKHEIMER & PYLE THREATENED MR. JONES BY INFORMING HIM THAT HE & PYLE WERE GONNA "MAKE THE REMINDER OUT OF YOU & BEAT YOU TO A FUCKING PULP" MR. JONES WAS BATTERED & ASSAULTED BY THESE DEFENDANTS WHICH S·C·I-H ADMIN: BICKELL GORAHIN ECKERD HALDERMAN WAKEFIELD WALTERS EBY SMITH STEVENS H·WALTERS

PAGE 19 of 26

& MITTMANSHOFER KNEW WOULD OCCUR YET, NONE of THESE
S'C' 1-11 ADMINO DID ANYTHING TO PREVENT THIS ATTACK.

LATER THAT EVENING C'O'S BOOHER MALUK & BUTLER REFUSED
TO GIVE MR. JONES HIS MEAL TRAY

## XI. COUNT - 6   ( OCT. 2013)

97)   ON OCT. 10 2013 AFTER THEY GAVE PRISONERS **EXTRA MEAL TRAYS**
TO **HARASS/ TERRORIZE/ TORMENT / THREATEN** MR. JONES FOR REPORTING
THE ABUSE HE WAS SUFFER C'A'S REDFERN & BOOKHEIMER CAN
BE SEEN ON **C'C° TV FOOTAGE** PASSING A COPY OF MR. JONES'
GRIEVANCES THAT HE FILED AGAINST THEM TO OTHER PRISONERS

98)   ON OCT. 20 2013 MR. JONES WAS DENIED HIS EVENING MEAL
TRAY BY C'O'S MALUK BOOHER PAXMAN VEROSKY & REDFERN.
MR. JONES THEN SPOKE TO LT. BUSKO WHO TOLD MR. JONES "STOP
SNITCHING WHEN QUIT COMPLAINING SO MUCH MAYBE WE'LL FEED YOU"

99)   THEN, AFTER MR. JONES CONTINUED TO COMPLAIN & ASK TO SEE
THE CPT. / SHIFT COMMANDER BUSKO ORDERD THAT MR. JONES
BE **PEPPER GASSED THEN STRIPPED PLACED IN A STRIPPED CELL**
**A.K.A "HARD CELL"** - **WITH A RESTRAINT BELT HANDCUFFS & SHACKLES**

THEN AFTER APPROXIMATELY 20-30 MINUTES PASSED BUSKO CAME
BACK TO MR. JONES' CELL & **ORDERED MALUK, VEROSKY & REDFERN**
**TO PEPPER GAS & TASER MR. JONES AGAIN** EVEN THOUGH MR. JONES
WAS ALREADY **SECURED BEYOND MEASURE** IN A LEVEL-20 CELL
WITH SHACKLES & HANDCUFFED TO A RESTRAINT BELT.

## XII: COUNT - 7

100) Pa D.O.C ADMIN. DEFENDANTS: WETZEL, SMEAL, VARNER, MURRAY, NEWTON, BARNACLE, TORMA & CARTER ALL WERE ON/ GIVEN ACTUAL NOTICE THAT ONGOING/ CAMPAIGNS OF RETALIATION TORTURE / TERRORISM / ABUSE WAS TAKING PLACE @ SCI-I-H SPECIFICALLY AGAINST MR. JONES AS INDICATED FOREGOINGLY

101) FURTHERMORE EVEN THOUGH MR. JONES FILED OVER 50 (FIFTY) Pa D.O.C INTERNAL GRIEVANCES A STATE HABEA CORPUS PETITION # 19-970 & OVER 20 (TWENTY) LETTERS OF COMPLAINTS TO: WETZEL, SMEAL, MURRAY & BARNACLE THESE Pa D.O.C ADMIN DEFENDANTS COMMITTED ACTS OF MALICIOUS / GROSS NEGLIGENCE & BOLD/ EXTREME DELIBERATE INDIFFERENCE AGAINST MR. JONES NONE OF THESE DEFENDANTS TOOK ANY SIGNIFICANT AND/OR EFFECTIVE ACTION TO PREVENT AND/OR STOP THE ABUSES MENTIONED HEREIN.

\* \* \* \* JUDICIAL NOTICE \* \* \* \*

102) AFTER MR. JONES FILED & FULLY EXHAUSTED OVER 50 (FIFTY) Pa D.O.C INTERNAL GRIEVANCES TO VARNER SHE DENIED ALL OF HIS GRIEVANCES & WOULD NOT DO ANYTHING ABOUT THE COMPLAINTS RAISED HEREIN.

103) ADDITIONALLY MR. JONES' OVER 20 (TWENTY) LETTERS OF COMPLAINTS REPORTING THE ABUSES MENTIONED HEREIN WERE RESPONDED TO BY NEWTON BARNACLE & CARTER WHO ALL REFUSED TO DO ANYTHING ABOUT MR. JONES' COMPLAINTS SPECIFICALLY NEWTON WHO ALREADY KNEW OF MR. JONES' OVER 50 GRIEVANCE FILING TO MR. JONES TO " FILE A GRIEVANCE "

PA Do Coc Albine Defendants Wetzel & Smeal  were given
Regular Reports from Theirs Subordinates : Paladina Cagir
Varner Bacacole Newton &c              with all such reports
Informed Wetzel & Smeal of the Houses Mr. Jones was
suffering @ S C C'1 - H

## L E G A L   C L A I M S

Mr. Jones Re-alleges & incorporates paragraphs #

CLASS OF ONE - Where the Defendants/Tort Feasors mentioned
foregoingly thru-out counts 1 - 7 knew that their acts &c
omissions would have legal ramifications/ consequences when
these defendants/Tort Feasors caused Mr. Jones to be
treated in a way worse than other prisoners similiarly
situated to Mr. Jones

RETALIATION - where the Defendants/Tort Feasors mentioned
foregoingly thru-out counts 1 - 7 knew that their acts &c
omissions would have legal ramifications / consequences
when these Defendants/Tort Feasors used illegal basis/ to
take action against Mr. Jones

FAILURE TO INTERVENE - where the Defendants/Tort Feasors
mentioned foregoingly thru-out counts 1 - 7 knew that their
acts & omissions would have legal ramifications / consequences
when they failed to stop their colleagues/employees/subordinates
from violating Mr. Jones constitutional rights

CONSPIRACY — WHERE THE DEFENDANTS/TORT FENSORS MENTIONED FOREGOINGLY THRU-OUT COUNTS 1-7 KNEW THAT THEIR ACTS & OMISSIONS WOULD HAVE LEGAL RAMIFICATIONS/CONSEQUENCES WHEN THEY ENTERED INTO AGREEMENTS TO VIOLATE MR. JONES' RIGHTS

CRUEL & UNUSUAL PUNISHMENT — WHERE THE DEFENDANTS/TORT FENSORS MENTIONED FOREGOINGLY THRU-OUT 1-7 KNEW THAT THEIR ACTS & OMISSIONS WOULD HAVE LEGAL RAMIFICATIONS/CONSEQUENCES WHEN THEY SUBJECTED MR. JONES TO GROSSLY NEGLIGENT/DELIBERATE INDIFFERENT/ MALICIOUS/IN HUMANE TREATMENT

VIOLATION OF DUE PROCESS — WHERE THE DEFENDANTS/TORT FENSORS MENTIONED FOREGOINGLY THRU-OUT COUNTS 1-7 KNEW THAT THEIR ACTS & OMISSIONS WOULD HAVE LEGAL RAMIFICATIONS/CONSEQUENCES WHEN THEY SUBJECTED MR. JONES TO DENIAL OF HIS RIGHT TO DUE PROCESS OF LAW

PA STATE LAW INTENTIONAL & CONVERSION TORTS — WHERE THE DEFENDANTS/ FENSORS MENTIONED FOREGOINGLY THRU-OUT COUNTS 1-7 KNEW THAT THEIR ACTS & OMISSIONS WOULD HAVE LEGAL RAMIFICATIONS/CONSEQUENCES WHEN THEY VIOLATED MR. JONES' STATE LAW RIGHTS PER 42 Pa C.S.A §§ 8545 - 8550

PA STATE LAW PECULIAR RISK & SUPERIOR KNOWLEDGE TORTS — WHERE THE DEFENDANTS/TORT FENSORS MENTIONED FOREGOINGLY THRU-OUT COUNTS 1-7 KNEW THAT THEIR ACTS & OMISSIONS WOULD HAVE LEGAL RAMIF- ICATIONS/CONSEQUENCES WHEN THEY HAD ACTUAL KNOWLEDGE OF UNNECESSARY RISKS TO MR. JONES YET DID NOTHING TO ALLEVIATE SAID RISKS

# JUDICIAL NOTICE

IN ORDER TO HAVE THE NINE COUNTS FOR ABUSE the COMPLAINT
TOLLED BY THIS COURT, MR. JONES WOULD LIKE TO HAVE THE
COURT'S ATTENTION TO THE ATTACHED EXHIBITS # 1-3 WHICH
SHOWS STATE CORRECTIONAL INSTITUTIONS @: MAHANOY, RETREAT,
& FAYETTE conducts an OPEN and SHUT to LEGAL DOCUMENTS
used to RETALIATE this case.

## EXHIBITS:

1) letter dated July 5, 2015 for legal remarks ... the
remainder of the FINAL conflict that ... ... Defendant ... is
retaliated this case.

The correctional misconduct with RETREAT by ...
local inmate 7, State terminate MAIL PRIVILEGE, harassed
Mr. Jones involved misconduct and enforced implicate the
# ... 01368 & ... of ... 1987-2015 - while Jones
was involved on numerous ... the STATE ... denied access to
& the AFFIDAVIT, legal ... ... Mr. Jones ... law
Terminal subject's ..." By ... & the Officer staff ... today
here Mr. Jones in legal ... by the total contents of Mr.
library in Retaliate this case.

2) the "Inmate Request / complaint slip" shows that on July ...
2015 slip from SCI-Mahanoy & SCI-Fayette that were
obligated to transfer Mr. Jones for a court Review and or
__CONSPIRED__ to have Mr. Jones legal material tout & will Jones
- a legal library Mr. Jones ... ... court - while courts ...
But was delayed it was absurd all of his legal papers
- refused to this ... ... a way that retaliate /
MAINTAINING ... ... ... contract ...

THE FIRM RESPONSIBLE FOR HAVING MR. JONES' LEGAL WORK DESTROYED REGARDING THE ATTACHED PROPERTY THEY WERE ACTING IN RETLIATION AGAINST MR. JONES FOR FILING A COMPLAINT AGAINST THEM WHEN S.C.I- FRACKVILLE C.O. KEVIN MANS POINTED A SHOTGUN @ MR. JONES & THREATENED TO SHOOT HIM BECAUSE MR. JONES ASKED LT. MCELWYN (?) FOR HIS ASTHMA INHALER.

3). PRESENTLY THE ADMN. @ S.C.I-FAYETTE IS WITHHOLDING MR. JONES' LEGAL DOCUMENTS WHICH IS CAUSING FURTHER DELAYS/ INTERFERENCE/ SABOTAGE / HINDRANCE / OBSTRUCTION

THE ABOVE POINTS ALONG WITH THE CONGRUENT EXHIBITS SHOW TOLLING IS REQUIRED IN THIS CASE.

MR. JONES RETAINS COPIES OF ALL THE DOCUMENTS THAT HAS BEING PRESENTED AS EXHIBITS TO THIS COMPLAINT

MR. JONES HAS NO ADEQUATE OR COMPLETE REMEDY @ LAW TO REDRESS THE WRONGS DESCRIBED HEREIN, MR. JONES HAS BEEN & WILL CONTINUE TO BE IRREPAIRABLE INJURED BY THE CONDUCT OF THE DEFENDANTS UNLESS THIS COURT GRANTS THE DECLARATORY & INJUNCTIVE RELIEF WHICH MR. JONES SEEKS.

## PRAYER FOR RELIEF

WHEREFORE MR. JONES RESPECTFULLY REQUESTS/PRAYS THAT THIS COURT ENTERS JUDGMENT GRANTING HIM:

A DECLARATION THAT THE ACTS & OMISSIONS DESCRIBED HEREIN VIOLATED MR. JONES RIGHTS UNDER CONSTITUTION & LAWS OF THE UNITED STATES;

A DECLARATION THAT THE ACTS & OMISSIONS DESCRIBED HEREIN VIOLATED MR. JONES' RIGHTS UNDER PENNSYLVANIA STATE LAW

A PRELIMINARY & PERMANENT INJUNCTION & DECLARTION ORDERING DEFENDANTS TORT FEASORS: WETZEL & SMEAL TO ALLOW MR. JONES UNOBSTRUCTED ACCESS TO HIS LEGAL DOCUMENTS\PROPERTY

COMPENSATORY DAMAGES IN THE AMOUNT OF $ 250,000.00 AGAINST EACH DEFENDANT JOINTLY & SEVERALLY

PUNITIVE DAMAGES IN THE AMOUNT OF $ 25,000.00 AGAINST EACH DEFENDANT

A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY

MR. JONES' COSTS IN THIS SUIT

ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST PROPER & EQUITABLE

DATE: Nov. 26, 2018

RESPECTFULLY SUBMITTED

# MARCELLUS D. JONES
# KR 24 21   S.C.I- SMITHFIELD
P.O.B 999   1120 PIKE ST
HUNTINGDON PA 16652

## VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT & HEREBY VERIFY THAT MATTERS ALLEGED THEREIN ARE TRUE EXCEPT AS TO MATTERS ALLEGED ON INFORMATION & BELIEF. AS TO THOSE I BELIEVE THEM TO BE TRUE & CORRECT

S. MARCELLUS JONES

PAGE 26 of 26

US POSTAGE

ZIP 16652
02 1W
0001398901

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS

MARCELLUS D. JONES
# KR 8421 S.C.I - SMITHFIELD
BOX 999 1120 PIKE ST.
HUNTINGDON PA 16652

CLERK OF COURTS PETER WELSH
U.S. COURTHOUSE
240 W. THIRD ST
WILLIAMSPORT PA 17701 - 6460

UNITED STATES
POSTAL SERVICE®

PRIORITY

TRACKED